JOHN LAHEY, Respondent, *v.* THE TRADERS' PAPER COMPANY, Appellant.

*Lahey* v. *Traders' Paper Co.*, 84 App. Div. 632, affirmed.
(Argued May 18, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. K. Potter* for appellant.

*P. F. King* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

ANDREW J. LAWSON, Appellant and Respondent, *v.* JULIUS LINCOLN et al., Respondents and Appellants.

*Lawson* v. *Lincoln*, 86 App. Div. 217, affirmed.
(Argued May 19, 1904; decided June 3, 1904.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 17, 1903, modifying and affirming as modified a judgment in favor of defendants entered upon the report of a referee.

*Benjamin S. Dean* for plaintiff, appellant and respondent.

*E. E. Woodbury* and *Eleazer Green* for defendants, respondents and appellants.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.